**1138**

ters which could only be the subject of contract. The order must be reversed, with $10 costs and disbursements, but without prejudice to the right of the plaintiff to move, if so advised, to be relieved from the purchase, or for a resale of the premises.

LOSEY, Respondent, v. WORDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Minnie M. Losey, as executor, etc., of Charles H. Losey, deceased, against Charles A. Worden, as executor, etc., of Mary A. Robart, deceased. No opinion. Judgment affirmed, with costs.

In re LOW et al. (Supreme Court, Appellate Division, First Department. May 20, 1905.) In the matter of Seth Low and others. No opinion. Motion denied, with $10 costs.

LUDINGTON et al., Appellants, v. NATIONAL BROADWAY BANK OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Benjamin L. Ludington and Charles H. Pond, as substituted trustees, etc., against the National Broadway Bank of New York and the Mercantile National Bank of the City of New York. PER CURIAM. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: "Does the complaint in this action state a cause of action?"

LUNNY, Respondent, v. McCLELLAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Farrel Lunny against Malleville W. McClellan and others. E. Mitchell, for appellants. G. W. Files, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McCONNELL, Appellant, v. MORSE IRON WORKS & DRY DOCK CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Sarah McConnell, as administratrix, etc., against the Morse Iron Works & Dry Dock Company. No opinion. Motion for reargument granted, and case set down for May 8, 1905.

McCOON v. SCHWARZ. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Catherine A. McCoon against Mayme Schwarz. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

McDONALD, Respondent, v. HOLBROOK, CABOT & DALY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Ida L. McDonald against the Holbrook, Cabot & Daly Contracting Company. No opinion. Motion to resettle order denied.

McDONALD, Respondent, v. TONAWANDA IRON & STEEL CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Duncan J. McDonald against the Tonawanda Iron & Steel Company and William M. Mills. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellants to abide event. Held, that the verdict, in so far as it found want of probable cause, was contrary to and against the weight of the evidence.

McGEE, Appellant, v. UNITED STATES CASUALTY CO., Respondent. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by John O. McGee against the United States Casualty Company. Judgment for defendant, and plaintiff appeals. Affirmed. R. L. Pritchard, for appellant. Carl Schurz Petrasch, for respondent. PER CURIAM. The plaintiff himself testified in effect that, if he settled Mr. Crosby's claim for $1,000, the defendant promised to give him, the plaintiff, $200. The evidence shows that Mr. Crosby's claim was not settled for $1,000, and therefore plaintiff was not entitled to receive the $200. The judgment appealed from is affirmed, with costs.

McGOVERN, Appellant, v. LEIHY et al., Respondents. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by James P. McGovern against Morgan P. Leihy and others. R. L. Stanton, for appellant. A. S. Andrews, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

McLAUGHLIN, Respondent, v. NEW YORK CITY RY. CO., Appellant (three cases). (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Actions by Mary E. McLaughlin against the New York City Railway Company. No opinion. Reargument ordered, and cases set down for June 7, 1905.

MAHNKEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Henry Mahnken against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MAHONEY, Respondent, v. WESTINGHOUSE, CHURCH, KERR & CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Philip Mahoney against Westinghouse, Church, Kerr & Co. No opinion. Motion denied.

MAHONEY, Respondent, v. WESTINGHOUSE, CHURCH & KERR, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by